IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Tobi Browning,

      Plaintiff,

v.

Ocwen Mortgage Servicing, Inc.,
Ocwen Loan Servicing, LLC,

      Defendants.

Case No.: 2:17-cv-00979-JAM-KJN

ORDER GRANTING NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT OCWEN MORTGAGE SERVICING, INC. ONLY, WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)

HON. JOHN A. MENDEZ

Based upon the Voluntary dismissal of defendant Ocwen Mortgage Servicing, Inc. only, without prejudice, and good cause, this Court hereby orders Defendant Ocwen Mortgage Servicing, Inc.to be, and is, dismissed without prejudice pursuant to F.R.C.P 41(a).

IT IS ORDERED.

Dated: 7/17/2017

/s/ John A. Mendez
**HON. JOHN A. MENDEZ**
UNITED STATES DISTRICT JUDGE