UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| Tobi Browning, | Case No. 2:17-cv-00979-JAM-KJN |
|---|---|
| Plaintiff, | **ORDER GRANTING STIPULATION TO CONTINUE HEARING AND BRIEFING DATES RELATING TO DEFENDANT'S MOTION TO STAY PROCEEDINGS** |
| v. | |
| Ocwen Loan Servicing, LLC, | |
| Defendant. | |

Based on the Joint Stipulation of the Parties to vacate and continue the hearing currently scheduled for, August 29, 2017 on Ocwen Loan Servicing LLC's Motion to Stay Proceedings Pending Ruling by the United States Court of Appeals for the D.C. Circuit (Docket No. 9) in the above-entitled action, and for good cause showing:

IT IS HEREBY ORDERED that the hearing on the Motion to Stay is vacated and will be heard with Defendant's anticipated motion to dismiss Plaintiff's Amended Complaint on October 3, 2017 at 1:30p.m. Plaintiff's Opposition to

Defendant's Motion to Stay and Defendant's reply brief in support of its Motion to Stay will be submitted in accordance with the new hearing date.

**IT IS SO ORDERED.**

Date: 8/14/2017 /s/ John A. Mendez
HON. JOHN A. MENDEZ