**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TOBI BROWNING,<br><br>                    Plaintiff,<br>     v.<br><br>OCWEN LOAN SERVICING,<br><br>                    Defendant. | Case No.: 2:17-cv-00979-DAD-EPG<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE CASE**<br><br>(ECF No. 41) |

On January 30, 2018, Plaintiff filed a stipulation by all parties to dismiss this action with prejudice. (ECF No. 41).  Thus, the case has ended and is dismissed with prejudice, each party to bear their own attorneys' fees and costs. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997); *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995). Accordingly, the Clerk of the Court is DIRECTED to close this case.


IT IS SO ORDERED.


   Dated:    **February 1, 2018**                    /s/ *Erica P. Grosjean*
                                                        UNITED STATES MAGISTRATE JUDGE

1